**Order entered August 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00775-CV

**FREDDY DAVENPORT D/B/A JIM'S CARWASH AND DALE DAVENPORT, Appellants**

**V.**

**CITY OF DALLAS, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04899**

## ORDER

Before the Court is appellants' first motion to extend time to file their brief and the City of Dallas's response. We **GRANT** the motion and **ORDER** the brief received August 20, 2019 filed as of the date of this order.

/s/     ERIN A. NOWELL
JUSTICE